UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 13CR2137-DMS |
| | ) | |
| | ) | ORDER AND JUDGMENT |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL JEROME BURNS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The United States of America and defendant Michael Jerome Burns jointly move for leave to dismiss the Indictment. For the reasons stated in the motion,

IT IS ORDERED that the Indictment shall be dismissed with prejudice.

DATED:  May 1, 2015.

_____
DANA M.  SABRAW
United States District Judge

1